**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Axion International, Inc., *et al.*,[1] | Case No.: 15-12415 (CSS) |
| Debtors. | (Joint Administration Requested) |

**AGENDA FOR FIRST DAY HEARING
AND INDEX OF FIRST DAY PLEADINGS**

**DATE AND TIME: FRIDAY, DECEMBER 4, 2015 AT 1:00 P.M. (ET)[2]**

**I.   PETITIONS:**

1. Axion International, Inc. Voluntary Chapter 11 Petition (Case No. 15-12415) [Filing Date: 12/02/15; D.I. 1]

2. Axion International Holdings, Inc. Voluntary Chapter 11 Petition (Case No. 15-12416) [Filing Date: 12/02/15; D.I. 1]

3. Axion Recycled Plastics Incorporated Voluntary Chapter 11 Petition (Case No. 15-12417) [Filing Date: 12/02/15; D.I. 1]

**II.   DECLARATION IN SUPPORT OF FIRST DAY MOTIONS:**

4. **["First-Day Declaration"]** Declaration of Donald W. Fallon in Support of Chapter 11 Petition and Related Motions [Filing Date: 12/02/15; D.I. 3]

**III.   FIRST DAY PLEADINGS:**

5. **["Joint Admin. Motion"]** Motion to Authorize Joint Administration of Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) [Filing Date: 12/02/15; D.I. 4]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Axion International, Inc. [1880], Axion International Holdings, Inc. [6389], Axion Recycled Plastics Incorporated [5048]. The address of the Debtors' corporate headquarters is 4005 All American Way, Zanesville, OH 43701.

[2] Please note that the hearing is before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Parties who are unable to attend may participate telephonically by contacting CourtCall toll free by phone at (888) 882-6878. When making a request, parties must provide the case name and number, name of Judge, hearing date and time, name, address, phone number of participant, party whom participant represents, and the matter(s) on which the participant wishes to be heard or whether the participant intends to monitor the proceeding on a "listen-only" line.

        Status:        This matter is going forward.

6. **["Epiq Retention"]** Application for Entry of an Order Appointing Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) [Filing Date: 12/02/15; D.I. 5]

   Response Received:

   A.   Informal comments of the U.S. Trustee

       Status:    Counsel for the Debtors is working to resolve the comments raised by the U.S. Trustee. This matter is going forward.

7. **["Cash Management"]** Motion of the Debtors for Interim and Final Orders Pursuant to Sections 105(a), 345(b), 363(c)(1), 503 and 507 of the Bankruptcy Code (I) Authorizing Continued Use of Existing Bank Accounts; (II) Authorizing Continued Use of Existing Checks and Business Forms; and (III) Waiving the Requirements of Section 345(b) of the Bankruptcy Code [Filing Date: 12/02/15; D.I. 6]

   Response Received:

   A.   Informal comments of the U.S. Trustee

       Status:    Counsel for the Debtors is working to resolve the comments raised by the U.S. Trustee. This matter is going forward only with respect to the interim relief requested therein.

8. **["Employee Motion"]** Motion of the Debtors Pursuant to Sections 105, 363, 507, 1107 and 1108 of the Bankruptcy Code for Entry of an Order (I) Authorizing Debtors to Pay Prepetition Wages, Salaries and Benefits; (II) Authorizing Debtors to Continue Employee Benefit and Insurance Programs in the Ordinary Course of Business; and (III) Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Wage, Salary and Benefit Obligations [Filing Date: 12/02/15; D.I. 7]

   Response Received:

   A.   Informal comments of the U.S. Trustee

       Status:    Counsel for the Debtors is working to resolve the comments raised by the U.S. Trustee. This matter is going forward.

9. **["Insurance Motion"]** Motion of the Debtors for Entry of an Order Authorizing the Debtors to Maintain Existing Insurance Policies, Pay All Policy Premiums and Fees Arising Thereunder, and Renew or Enter into New Policies [Filing Date: 12/02/15; D.I. 8]

    Status: This matter is going forward.

10. **["Utilities Motion"]** Motion of the Debtors Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors, (II) Determining that the Utility Companies are Adequately Assured of Postpetition Payment and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance [Filing Date: 12/02/15; D.I. 9]

    Response Received:

    A. Informal comments of the U.S. Trustee

        Status: Counsel for the Debtors is working to resolve the comments raised by the U.S. Trustee. This matter is going forward only with respect to the interim relief requested therein.

11. **["DIP Motion"]** Motion of Debtors for (I) Authorization to (A) Obtain Secured DIP Facility Pursuant to 11 U.S.C. §§ 361, 362, and 364(c) and (d), (B) Grant Security Interests, Superpriority Claims and Adequate Protection and (C) and Use Cash Collateral; and (II) Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Filing Date: 08/10/15; D.I. 10]

    Response Received:

    A. Informal comments of the U.S. Trustee

        Status: Counsel for the Debtors is working to resolve the comments raised by the U.S. Trustee. This matter is going forward only with respect to the interim relief requested therein.

Dated: December 3, 2015
Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Scott D. Cousins (No. 3079)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Phone: (302) 655-5000
Facsimile: (302) 658-6395
Email: scousins@bayardlaw.com
           jalberto@bayardlaw.com

*Proposed Attorneys for Debtors and Debtors-in-Possession*