**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Axion International, Inc., *et al.* | : | Case No. 15-12415 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.     **Addax Trading LLC,** Attn: Jose de Jesus Cuellar Esparza, 1127 Eldridge Pkwy., Ste. 300, #214, Houston, TX 77077, Phone: 281-407-0916, Fax: 281-407-0916

2.     **Coyote Logistics,** Attn: Scotty McAliley, 960 North Point Pkwy., Ste. 150., Alpharetta, GA 30005, Phone: 44-208-123-6685, Fax: 44-800-066-4854

3.     **Sicut Enterprises Ltd.,** Attn: Anil Aggarwal, Kemp House, 152-160 City Rd., London, EUV 2DW, UK, Phone: 650-367-0854, Fax: 650-367-0858


                                                    ANDREW R. VARA
                                                   Acting United States Trustee, Region 3


                                                   /s/ Natalie M. Cox for
                                                   T. PATRICK TINKER
                                                   ASSISTANT UNITED STATES TRUSTEE

DATED: December 14, 2015

Attorney assigned to this Case: Natalie M. Cox, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Justin R. Alberto, Esquire, Phone: (302) 429-4226, Fax: (302) 658-6395