IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Axion International, Inc., et al.,[1] | Case No. 15-12415 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY,
AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE THAT** the Official Committee of Unsecured Creditors ("Committee"), a party in interest in the above-captioned cases, hereby appears by its proposed counsel, Law Offices of Sandra Mayerson and Morris James LLP, and such counsel hereby enter their appearance pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), and such counsel hereby request, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007, Del. Bankr. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, and facsimile and telephone numbers:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Axion International, Inc. [1880], Axion International Holdings, Inc. [6389], Axion Recycled Plastics Incorporated [5048]. The address of the Debtors' corporate headquarters is 4005 All American Way, Zanesville, OH 43701.

8226697

| | |
|---|---|
| Brett D. Fallon, Esquire | Sandra E. Mayerson, Esquire |
| Carl N. Kunz, III, Esquire | Law Offices of Sandra Mayerson |
| Eric J. Monzo, Esquire | 136 E. 64th Street |
| Morris James LLP | Suite 11E |
| 500 Delaware Avenue, Suite 1500 | New York, NY 10065 |
| Wilmington, DE 19801 | Telephone: (917) 446-6884 |
| Telephone: (302) 888-6800 | E-mail: sandy@sandymayersonlaw.com |
| Facsimile: (302) 571-1750 | |
| E-mail: bfallon@morrisjames.com | |
| E-mail: ckunz@morrisjames.com | |
| E-mail: emonzo@morrisjames.com | |

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

*[Signature page follows.]*

8226697

| | |
|---|---|
| Dated:  December 15, 2015 | **MORRIS JAMES LLP** |

                    /s/ Eric J. Monzo
                    Brett D. Fallon (DE Bar No. 2480)
                    Carl N. Kunz, III (DE Bar No. 3201)
                    Eric J. Monzo (DE Bar No. 5214)
                    500 Delaware Avenue, Suite 1500
                    Wilmington, DE 19801-1494
                    Telephone: (302) 888-6800
                    Facsimile: (302) 571-1750
                    E-mail: bfallon@morrisjames.com
                    E-mail: ckunz@morrisjames.com
                    E-mail: emonzo@morrisjames.com

                            and

                    Sandra E. Mayerson, Esquire
                    Law Offices of Sandra Mayerson
                    136 E. 64th Street
                    Suite 11E
                    New York, NY 10065
                    Telephone: (917) 446-6884
                    E-mail: sandy@sandymayersonlaw.com

                    Proposed Counsel to the Official Committee of Unsecured Creditors

8226697