**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Axion International, Inc., *et al.*,[1] | Case No.: 15-12415 (CSS) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 29, 2015 AT 10:00 A.M. (EASTERN TIME)[3]**

I. **UNCONTESTED MATTERS GOING FORWARD**

1. Motion of the Debtors for Interim and Final Orders Pursuant to Sections 105(a), 345(b), 363(c)(1), 503 and 507 of the Bankruptcy Code (I) Authorizing Continued Use of Existing Bank Accounts; (II) Authorizing Continued Use of Existing Checks and Business Forms; and (III) Waiving the Requirements of Section 345(b) of the Bankruptcy Code [Filing Date: 12/02/15; D.I. 6]

   Related Documents:

   a. Interim Order Granting Motion of the Debtors for Interim and Final Order (I) Authorizing Continued Use of Existing Bank Accounts; (II) Authorizing Continued Use of Existing Checks and Business Forms; and (III) Waiving Requirements of Section 345(B) of the Bankruptcy Code [Date Entered: 12/04/15; D.I. 21]

   b. Notice of Hearing [Filing Date: 12/04/15; D.I. 25]

   Response Deadline:  December 22, 2015 at 4:00 p.m.; Extended to December 23, 2015 at 4:00 p.m. for the Office of the United States Trustee (the "U.S. Trustee") and the Official Committee of Unsecured Creditors (the "Committee")

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Axion International, Inc. [1880], Axion International Holdings, Inc. [6389], Axion Recycled Plastics Incorporated [5048]. The address of the Debtors' corporate headquarters is 4005 All American Way, Zanesville, OH 43701.

[2] **Amendments appear in bold.**

[3] Please note that the hearing is before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 one (1) hour prior to the hearing.

Responses Received:

a. Informal comments from the U.S. Trustee

Status: This matter is going forward. Counsel for the Debtors has addressed the informal comments raised by the U.S. Trustee and intends to present a revised form of order at the hearing.

2. Motion of the Debtors Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors, (II) Determining that the Utility Companies are Adequately Assured of Postpetition Payment and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance [Filing Date: 12/02/15; D.I. 9]

   Related Documents:

   a. Interim Order Granting Motion for the Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating against, the Debtors, (II) Determining that the Utility Companies are adequately assured of Postpetition Payment and (III) Establishing Procedures for resolving requests for additional adequate assurance [Date Entered: 12/04/15; D.I. 23]

   b. Notice of Hearing [Filing Date: 12/04/15; D.I. 26]

   c. Notice of Withdrawal of Objection of Ohio Power Company d/b/a American Electric Power To the Debtors Pursuant To Sections 105 and 366 of the Bankruptcy Code For Entry of Interim and Final Orders (I) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Services To, or Discriminating Against, the Debtors, (II) Determining That the Utility Companies Are Adequately Assured of Postpetition Payment and (III) Establishing Procedures For Resolving Requests For Additional Adequate Assurance [Filing Date: 12/22/15; D.I. 60]

   Response Deadline: December 22, 2015 at 4:00 p.m.; Extended to December 23, 2015 at 4:00 p.m. for the U.S. Trustee and the Committee

   Responses Received:

      a. Informal comments from the U.S. Trustee

      b. Objection of Ohio Power Company d/b/a American Electric Power To the Debtors Pursuant To Sections 105 and 366 of the Bankruptcy Code For Entry of Interim and Final Orders (I) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Services To, or Discriminating Against, the Debtors, (II) Determining That the Utility Companies Are Adequately Assured of Postpetition Payment and (III) Establishing Procedures For Resolving Requests For Additional Adequate Assurance [Filing Date: 12/11/15; D.I. 40]

      Status: This matter is going forward. Counsel for the Debtors resolved the only formal objection and addressed the informal comments raised by the U.S. Trustee. A revised proposed form of order will be presented at the hearing.

3. Motion of the Debtors for Order Pursuant to Bankruptcy Code Sections 105, 327, and 331, Bankruptcy Rule 2016, and Local Rule 2016-2, Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filing Date: 12/08/15; D.I. 30]

    Response Deadline: December 22, 2015 at 4:00 p.m.; Extended to December 23, 2015 at 4:00 p.m. for the U.S. Trustee and the Committee

    Responses Received: None.

    Status: This matter is going forward.

4. Application of the Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Bayard, P.A. as Counsel for the Debtors In Possession Nunc Pro Tunc to the Petition Date and Statement Required by Bankruptcy Code Section 329 [Filing Date: 12/08/15; D.I. 31]

    Response Deadline: December 22, 2015 at 4:00 p.m.; Extended to December 23, 2015 at 4:00 p.m. for the U.S. Trustee and the Committee

    Responses Received:

      a. Informal comments from the U.S. Trustee

    Status: This matter is going forward. Counsel for the Debtors has addressed the informal comments raised by the U.S.

                Trustee and intends to present a revised form of order at the hearing.

5. Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 for Authorization to Employ and Retain Epiq Bankruptcy Solutions, LLC as Administrative Agent Nunc Pro Tunc to the Petition Date [Filing Date: 12/08/15; D.I. 32]

    Response Deadline:   December 22, 2015 at 4:00 p.m.; Extended to December 23, 2015 at 4:00 p.m. for the U.S. Trustee and the Committee

    Responses Received:

    a. Informal comments from the U.S. Trustee

    Status:   This matter is going forward. Counsel for the Debtors has addressed the informal comments raised by the U.S. Trustee and intends to present a revised form of order at the hearing.

6. Motion of the Debtors for an Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing (I) Entry into a Lease Agreement for the Use of a Certain Railroad Track, (II) Entry into a Related Indemnification Agreement, and (III) Granting Related Relief [Filing Date: 12/10/15; D.I. 37]

    Response Deadline:   December 22, 2015 at 4:00 p.m.; Extended to December 23, 2015 at 4:00 p.m. for the U.S. Trustee and the Committee

    Responses Received:

    a. Informal comments from the U.S. Trustee

    b. **Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for an Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing (I) Entry into Lease Agreement for Use of Certain Railroad Track, (II) Entry into Related Indemnification Agreement, and (III) Granting Related Relief [Filing Date: 12/23/15; D.I. 69]**

    Status:   This matter is going forward. Counsel for the Debtors has addressed the informal comments raised by the U.S. Trustee and intends to present a revised form of order at the hearing.

## II.   CONTESTED MATTERS

7. Motion of Debtors for (I) Authorization to (A) Obtain Secured DIP Facility Pursuant to 11 U.S.C. §§ 361, 362, and 364(c) and (d), (B) Grant Security Interests, Superpriority Claims and Adequate Protection and (C) and Use Cash Collateral; and (II) Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Filing Date: 08/10/15; D.I. 10]

    Related Documents:

    a. Interim Order (I) Authorizing Debtors to (A) Obtain Secured DIP Facility (B) Granting Security Interests, Superpriority Claims and Adequate Protection and (C) and the use of Cash Collateral; and (II) Scheduling a Final Hearing [Date Entered: 12/04/15; D.I. 24]

    b. Notice of Hearing [Filing Date: 12/04/15; D.I. 27]

    Response Deadline:   December 22, 2015 at 4:00 p.m.; Extended to December 23, 2015 at 4:00 p.m. for the U.S. Trustee and the Committee

    Responses Received:

    a. Informal comments from the U.S. Trustee

    b. Objection of The Community Bank to Motion of Debtors for (I) Authorization to (A) Obtain Secured DIP Facility Pursuant to 11 U.S.C. §§ 361, 362, and 364(c) and (d), (B) Grant Security Interests, Superpriority Claims and Adequate Protection and (C) and use Cash Collateral; and (II) Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Date Entered: 12/22/15; D.I. 61]

    c. Gordian Group LLC's Objection to Debtors' (A) Motion for Orders Authorizing and Approving the Bidding Procedures and (B) Motion to Obtain Secured DIP Facility [Filing Date: 12/22/15; D.I. 63]

    d. Debtors' (I) Reply to Gordian Group LLC's Objection To Debtors' (A) Motion for Orders Authorizing and Approving the Bidding Procedures and (B) Motion to Obtain Secured DIP Facility and (II) Request for Entry of Protective Order [Filing Date: 12/23/15; D.I. 65]

    e. **Objection of the Official Committee of Unsecured Creditors to Relief Sought in Debtors' Motion for DIP Financing (D.I. 10) And Debtors' Sale Motion (D.I. 11) [Filing Date: 12/23/15; D.I. 70]**

      Status:      This matter is going forward.

8. Debtors' Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving Certain Notice Procedures, (C) Approving The Assumption And Assignment Procedures, And (D) Setting A Date For The Sale Hearing And (II) Authorizing And Approving (A) The Sale Of The Debtors' Assets, And (B) The Assumption And Assignment Of Certain Contracts And Leases [Filing Date: 12/02/15; D.I. 11]

    Related Documents:

    a. Notice of Hearing [Filing Date: 12/04/15; D.I. 28]

    b. Notice of Filing of Asset Purchase Agreement [Filing Date: 12/18/15; D.I. 56]

    Response Deadline:    December 22, 2015 at 4:00 p.m.; Extended to December 23, 2015 at 4:00 p.m. for the U.S. Trustee and the Committee

    Responses Received:

    a. Informal comments from the U.S. Trustee

    b. Limited Objection To Debtors Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving Certain Notice Procedures, (C) Approving The Assumption And Assignment Procedures, And (D) Setting A Date For The Sale Hearing And (Ii) Authorizing And Approving (A) The Sale Of The Debtors Assets, And (B) The Assumption And Assignment Of Certain Contracts And Leases [Filing Date: 12/22/15; D.I. 59]

    c. Objection of The Community Bank to Motion of Debtors for Order (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Certain Notice Procedures, (C) Approving the Assumption and Assignment Procedures, and (D) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) the Sale of the Debtors Assets, and (B) the Assumption and Assignment of Certain Contracts and Leases [Filing Date: 12/22/15; D.I. 62]

    d. Gordian Group LLC's Objection to Debtors' (A) Motion for Orders Authorizing and Approving the Bidding Procedures and (B) Motion to Obtain Secured DIP Facility [Filing Date: 12/22/15; D.I. 63]

    e.  Debtors' (I) Reply to Gordian Group LLC's Objection To Debtors' (A) Motion for Orders Authorizing and Approving the Bidding Procedures and (B) Motion to Obtain Secured DIP Facility and (II) Request for Entry of Protective Order [Filing Date: 12/23/15; D.I. 65]

    f.  **The Acting United States Trustee's Objection to Debtors' Motion Regarding Chapter 11 First Day Motions / Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Certain Notice Procedures, (C) Approving the Assumption and Assignment Procedures, and (D) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) The Sale of the Debtors' Assets, and (B) The Assumption and Assignment of Certain Contracts and Leases [Filing Date: 12/23/15; D.I. 67]**

    g.  **Objection of the Official Committee of Unsecured Creditors to Relief Sought in Debtors' Motion for DIP Financing (D.I. 10) And Debtors' Sale Motion (D.I. 11) [Filing Date: 12/23/15; D.I. 70]**

Status:    This matter is going forward.

Dated: December 23, 2015
      Wilmington, Delaware      BAYARD, P.A.

                                        */s/ Justin R. Alberto*
                                        Scott D. Cousins (No. 3079)
                                        Justin R. Alberto (No. 5126)
                                        222 Delaware Avenue, Suite 900
                                        Wilmington, Delaware 19801
                                        Phone: (302) 655-5000
                                        Facsimile: (302) 658-6395
                                        Email: scousins@bayardlaw.com
                                                     jalberto@bayardlaw.com

                                        *Proposed Attorneys for Debtors*
                                        *and Debtors-in-Possession*