# SIGN-IN SHEET

**CASE NAME:** Axion
**CASE NO:** 15-12415

**COURTROOM LOCATION:** 6
**DATE:** 12/29/15 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Nathaniel Allard / Patrick Holohan *telephonic | Kramer Levin Naftalis & Frankel / Merger Market | Nathaniel Allard / Merger Market |
| Raymond T. Lyons | Fox Rothschild | Rutgers University |
| Scott Cousins | Bayard | Debtors |
| Justin Alberto | Bayard | " |
| David Bunting | USDOJ | UST |
| Sandra Mayson | Law Offices of Susan Mysin | CFEC |
| Eric Monzo | Morris James | " |
| Fred Rosner | Rosner Law Group | Gordian Group |
| Gary Eisenberg | Perkins Coie | " |
| (illegible) | SR | " |
| Kevin Mann | Cross & Simon | Community Bank |
| Chris Simon | Cross & Simon | Community Bank |
| John Demmy | Stevens & Lee | Alle Kringtads Pastr Trafiks |
| Patrick Potter | Pillsbury | " |
| John Stock | Fox | Rutgas Univ |