# SIGN-IN SHEET

**CASE NAME:** Axion
**CASE NO:** 15-12415
**COURTROOM LOCATION:** 6
**DATE:** 7/12/2016 at 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Demny | Stevens + Lee | Axion Structural Innovations |
| Mike Busenkel | Gellert Scali Busenkel & Brown | Brian Coll |
| Ashley Stitzer | Bayard | Axion |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.